**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6576**

DAVID MEYERS,

Petitioner - Appellant,

v.

I. GILMORE,

Respondent - Appellee.

**No. 21-6727**

DAVID MEYERS,

Petitioner - Appellant,

v.

I. T. GILMORE, Warden,

Respondent - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge; Robert John Krask, Magistrate Judge. (2:20-cv-00627-AWA-RJK)

Submitted: October 4, 2021                     Decided: October 13, 2021

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

David Meyers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Meyers, a Virginia inmate, has filed two notices of appeal. Because the district court had yet to enter a final order or an appealable interlocutory order, we dismiss these consolidated appeals for lack of jurisdiction. We deny Meyers' motion for leave to proceed in forma pauperis filed in No. 21-6576, and deny his motion for injunctive relief filed in No. 21-6727. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*